IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIPHCOM,<br><br>  Plaintiff,<br><br>  v.<br><br>GENERAL ELECTRIC CO., et al.<br><br>  Defendants. | No. C-12-6160 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM CASE MANAGEMENT CONFERENCE ORDER** |

Before the Court is plaintiff Aliphcom's "Ex Parte Motion for Relief from Case Management Conference Order," filed December 21, 2012. Having read and considered the motion, the Court rules as follows:

1. To the extent plaintiff seeks an order continuing the Case Management Conference from March 15, 2013 to June 28, 2013, the motion is hereby DENIED. Said denial is without prejudice to plaintiff's seeking a continuance of the Conference in the event plaintiff is unable to effectuate service of process on defendants prior to March 15, 2013.

2. To the extent plaintiff seeks an order relieving it from serving the Case Management Conference Order on defendants "at once" (see Mot. at 1:26), the motion is hereby DENIED, as plaintiff's request is based on a misinterpretation of the Case Management Order. Said order does not require unserved parties be served "at once," but

1  rather, "in accordance with the provisions of Fed. R. Civ. P. 4 and 5." (<u>See</u> Order, filed
2  December 20, 2012, at 1.)
3     **IT IS SO ORDERED.**

5  Dated:  January 2, 2013

   _____
   MAXINE M. CHESNEY
   United States District Judge