IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIPHCOM, | No. C-12-6160 MMC |
|       Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM CASE MANAGEMENT CONFERENCE ORDER AND FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT** |
|   v. | |
| GENERAL ELECTRIC CO., et al. | |
|       Defendants. | |
| _____/ | |

Before the Court is plaintiff Aliphcom's "Renewed Ex Parte Motion for Relief from Case Management Conference Order and for Extension of Time to Serve Summons and Complaint," filed February 22, 2013.

Good cause appearing, the motion is hereby GRANTED, as follows:

1. The deadline to serve defendant is hereby CONTINUED to June 4, 2013.

2. The Case Management Conference is hereby CONTINUED from March 15, 2013 to July 19, 2013. All related deadlines are continued accordingly.

**IT IS SO ORDERED.**

Dated: February 27, 2013

MAXINE M. CHESNEY
United States District Judge